423 A.2d 1306

Commonwealth v. Ray, Appellant.

 Submitted March 23, 1979. John P. Donohue, Jr., for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.